IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALES, JR.,

        Plaintiff,                No. 2:11-cv-3196 GEB EFB P

    vs.

MATTHEW CATE, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 4, 2013, the court directed plaintiff to submit documents for service of process on defendants, including seven copies of the endorsed September 7, 2012 amended complaint. On April 5, 2013, plaintiff submitted only one copy of the complaint, but the copy submitted appears to be a re-written and re-formatted version of the endorsed September 7, 2012 amended complaint. That is, plaintiff has submitted a complaint that is different than the complaint filed with and stamped by the court. He has therefore failed to comply with the court's order. The court will grant plaintiff one final opportunity to comply.

      Accordingly, it is HEREBY ORDERED that:

     1. The Clerk of the Court shall provide to plaintiff a copy of the endorsed September 7, 2012 amended complaint;

1

2. Plaintiff has 21 days from the date of this order to submit seven copies of the endorsed September 7, 2012 amended complaint, without modification; and

3. Failure to comply with this order may result in this action being dismissed.

Dated: April 10, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALES, JR.,

    Plaintiff,               No. 2:11-cv-3196 GEB EFB P

    vs.

MATTHEW CATE, et al.,

    Defendants.           <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __7__        complete copies the endorsed September 7, 2012 amended complaint

                                            _____
                                                         Plaintiff

Dated: