UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALES, JR., | No. 2:11-cv-3196-GEB-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 19, 2013, are adopted in full; and

/////

1

2. With the exception of the claims identified against defendants Cate, Brackett, Gamberg, Gower, Harrison and Marquez in the magistrate judge's November 19, 2013 order and findings and recommendations, all remaining claims are dismissed from this action as improperly joined and/or for failure to state a claim upon which relief may be granted.

Dated: December 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge