IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE GONZALEZ, Jr.,**<br><br>                        Plaintiff,<br><br>         v.<br><br>**CATE, et al.,**<br><br>                        Defendants. | Case No. 2:11-cv-03196-GEB-EFB P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FIE A RESPONSE TO SECOND AMENDED COMPLAINT** |

Good cause having been shown, Defendants are granted a second extension of time, to and including June 12, 2014, within which to file a response to the Second Amended Complaint.

Dated:  April 30, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:11-cv-03196 GEB EFB)