1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE GONZALES, JR.,                      No.  2:11-cv-3196-GEB-EFB P

12              Plaintiff,

13         v.                                  ORDER

14    MATTHEW CATE, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On May 15, 2014, he filed a "motion to compel" defendants to properly serve

19    him with documents, stating that he never received a copy of defendants' April 28, 2014 request

20    for an extension of time.  ECF No. 33.  Defendants' April 28, 2014 request, however, is

21    accompanied by a certificate of service, showing that the request was mailed to plaintiff at his

22    current address of record.  ECF No. 31 at 4.  Because the record demonstrates that the request was

23    properly served, plaintiff's motion (ECF No. 33) is denied.

24         So ordered.

25    DATED:  May 19, 2014.

26                                             _____
                                               EDMUND F. BRENNAN
27                                             UNITED STATES MAGISTRATE JUDGE

28