UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CATE, et al.,<br><br>    Defendants. | No. 2:11-cv-3196-GEB-EFB P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations and argue that plaintiff should not be given leave to amend his First and Eighth Amendment claims against defendants Cate, Miner, Gamberg, and Fernberg.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1  analysis. The court rejects defendants' objections because leave to amend should be granted if it
2  appears possible that the defects could be corrected, particularly where a claimant is pro se.
3  *Lopez v. Smith*, 203 F.3d 1122, 1130-31 (9th Cir. 2000). The court is unprepared to declare that
4  amendment is absolutely futile at this juncture. *See Cato v. United States*, 70 F.3d 1103, 1106
5  (9th Cir. 1995) ("A pro se litigant must be given leave to amend his or her complaint, and some
6  notice of its deficiencies, unless it is absolutely clear that the deficiencies of the complaint could
7  not be cured by amendment.") (citing *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987)).
8  Additionally, any amendment will be subject to screening under 28 U.S.C. § 1915A(a) and the
9  court trusts that any plainly deficient claims will be flagged for dismissal at that time.
10         Accordingly, IT IS HEREBY ORDERED that:
11         1. The findings and recommendations filed July 28, 2016, are adopted in full;
12         2. Defendants' motion to dismiss (ECF No. 73) is granted; and
13         3. Plaintiff is granted thirty (30) days from the date this order is filed to amend his Eighth
14  Amendment conditions of confinement claims and First Amendment access to the courts claim
15  against defendants Cate, Gower, Miner, and Fernberg.
16  Dated: September 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge