UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, JR., | No. 2:11-cv-3196-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CATE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 7, 2016, the court dismissed plaintiff's third amended complaint and granted plaintiff thirty days to file an amended complaint. ECF No. 85. The time for acting has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

A party's failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. Local Rule 110. The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d

1

1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

    Accordingly, it is hereby ORDERED that if plaintiff wishes to proceed with this action, he shall, within 14 days of the date of this order, file an amended complaint in accordance with the court's September 7, 2016 order. Failure to do so may result in a recommendation that this action be dismissed.

DATED: October 17, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE